UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                              Case No. 24-MJ-190 (GMH)

JAY ROBERT THAXTON,

    Defendant.

## NOTICE OF APPEARANCE

The Clerk is hereby notified that the undersigned, J. Daniel Hull, appears on behalf of Jay Robert Thaxton, in the above-styled action. He appears as retained.

                                      Respectfully submitted,

Dated: June 4, 2024                By: /s/ John Daniel Hull
                                          J. DANIEL HULL
                                          DC Bar No. 323006: California Bar No. 222862
                                          HULL MCGUIRE PC
                                          1420 N Street, N.W.
                                          Washington, D.C. 20005
                                          202-429-6520
                                          619-895-8336 cell
                                          jdhull@hullmcguire.com

                                          FOR JAY ROBERT THAXTON